UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
July 01, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____MLG_____
DEPUTY

UNITED STATES OF AMERICA
Plaintiff

v

TIMOTHY JOSEPH LEIWEKE
Defendant

1:25-CR-00344 ADA

## ORDER FOR BENCH WARRANT AND SETTING AMOUNT OF BAIL

It appearing to the Court that an indictment has been returned against the below named defendant, it is hereby ORDERED that warrant issue for the arrest of said defendant, and bail is hereby fixed in the amount shown below, returnable instanter to the Austin, Texas Division of this Court, such bail to be taken by any United States Magistrate Judge.

| Defendant | Amount of Bail |
|---|---|
| **TIMOTHY JOSEPH LEIWEKE** | Based upon the request of the U.S. Attorney, it is recommended that the defendant be detained until a hearing pursuant to 18 U.S.C. § 3142 can be held. |

SIGNED at __Austin__, Texas, this _1st_ day of __July__, 2025.

_____
UNITED STATES MAGISTRATE JUDGE