AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>TIMOTHY JOSEPH LEIWEKE<br><br>*Defendant* | )<br>)<br>) Case No. 1:25-CR-00344 ADA<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* TIMOTHY JOSEPH LEIWEKE,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:


Date: 07/01/2025

_____
*Issuing officer's signature*

City and state:   Austin, TX          Susan Hightower, U.S. Magistrate Judge
                                      *Printed name and title*

---

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____            _____
                                 *Arresting officer's signature*

                                 _____
                                 *Printed name and title*