UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § | |
| Plaintiff. | | |
| v. | § § § | CRIMINAL NO. 1:25-CR-00344 ADA |
| TIMOTHY JOSEPH LEIWEKE, | § § § | |
| Defendant. | § § | |

**UNITED STATES'S MOTION TO WITHDRAW THE ARREST WARRANT**

The United States hereby moves to withdraw the Arrest Warrant issued by the Honorable Susan Hightower on July 1, 2025 (ECF Dkt. Entry 7), given the issuance of a summons for Defendant to self-surrender and be present for an initial appearance and arraignment on July 21, 2025 (ECF Dkt. Entry 11). Government counsel has conferred with counsel for Defendant, David Gerger, Esq., who has represented that the Defendant will voluntarily appear on July 21, 2025. Counsel for Defendant consents to this motion.

WHEREFORE, the United States hereby requests the Court to grant this Motion to withdraw the arrest warrant.

Respectfully submitted,

By:  /s/ *Ryan D. Budhu*
_____
RYAN D. BUDHU
Trial Attorney
U.S. Department of Justice
Antitrust Division
201 Varick Street
New York, NY 10014
NY Bar No. 5285317
Ryan.budhu@usdoj.gov
(202) 717-027

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § § | |
| **Plaintiff.** | § § | |
| v. | § § | CRIMINAL NO. 1:25-CR-00344 ADA |
| **TIMOTHY JOSEPH LEIWEKE,** | § § | |
| **Defendant.** | § § § | |

## ORDER

Upon considering the United States's Motion to Withdraw the Arrest Warrant, the Court finds it meritorious. Accordingly,

**IT IS ORDERED** that the United States's Motion be, and is hereby, GRANTED.

**SIGNED** on this _____ day of _____, 2025.

_____
UNITED STATES MAGISTRATE JUDGE